**ORIGINAL**

**FILED**

03/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0014

## IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0014

IN THE MATTER OF:

M.T.H.,

Respondent and Appellant.

**FILED**

MAR 3 0 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

### GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 29, 2022, to prepare, file, and serve the Appellant's opening brief.

DATED this 30th day of March, 2022.

Bowen Greenwood

Clerk of Supreme Court